# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RAUL MORALES,<br><br>              Plaintiff,<br><br>    v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, *et al.*,<br><br>              Defendants. | Civil No. 1:21-cv-1454-AJT-IDD |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Capital One Financial Corporation, the Board of Directors of Capital One Financial Corporation, and the Capital One Financial Corporation Investment Committee (together, "Capital One"), by their counsel and in accordance with Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as well as Local Civil Rule 7, hereby move the Court to dismiss Plaintiff's Complaint (ECF No. 1) in its entirety with prejudice. Capital One sets forth the reasons for dismissal in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, filed herewith.

Dated: March 11, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Matthew J. Sharbaugh*
　　　　　　　　　　　　　　　　　　　　Matthew J. Sharbaugh, VSB 91219
　　　　　　　　　　　　　　　　　　　　Frank H. Williams, III (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　T: (202) 739-3000
　　　　　　　　　　　　　　　　　　　　F: (202) 739-3001
　　　　　　　　　　　　　　　　　　　　matthew.sharbaugh@morganlewis.com
　　　　　　　　　　　　　　　　　　　　frank.williams@morganlewis.com

Jeremy P. Blumenfeld (admitted *pro hac vice*)
Jared R. Killeen (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
T: (215) 963-5000
F: (215) 963-5001
jeremy.blumenfeld@morganlewis.com
jared.killeen@morganlewis.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2022, I caused to be served a true and correct copy of the foregoing on the following counsel of record by the Court's CM/ECF system:

Charles L. Williams
Williams & Skilling PC
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, VA 23111
cwilliams@williamsandskilling.com

Donald R. Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
donr@capozziadler.com

Mark K. Gyandoh
Gabrielle Kelerchian
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
gabriellek@capozziadler.com

*Counsel for Plaintiff*

*s/ Matthew J. Sharbaugh*
Matthew J. Sharbaugh, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 739-5623
Fax: (202) 739-3001
matthew.sharbaugh@morganlewis.com