UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RAUL MORALES,

        Plaintiff,

v.                                                                     Civil No. 1:21-cv-1454-AJT-IDD

CAPITAL ONE FINANCIAL
CORPORATION, et al.,

        Defendants.

## RULE 41 STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Raul Morales and Defendants Capital One Financial Corporation, the Board of Directors of Capital One Financial Corporation, and the Capital One Financial Corporation Investment Committee (collectively "Defendants"), hereby stipulate to the dismissal of this action without prejudice, each party to bear its own costs and attorneys' fees.

*(space intentionally left blank)*

So ordered,
6/13/22

/s/
_____
Anthony J. Trenga
United States District Judge

Respectfully submitted this 10th day of June, 2022.

| /s/ Charles L. Williams | /s/ Matthew J. Sharbaugh (with permission) |
|---|---|
| Charles L. Williams (VSB No. 23587) | Matthew J. Sharbaugh (VSB No. 91219) |
| WILLIAMS & SKILLING PC | Frank H. Williams, III (*pro hac vice*) |
| 7104 Mechanicsville Turnpike, Suite 204 | Morgan, Lewis & Bockius LLP |
| Mechanicsville, VA 23111 | 1111 Pennsylvania Avenue, NW |
| Telephone: (804) 447-0307, ext. 305 | Washington, DC 20004 |
| Fax: (804) 447-0367 | Telephone: (202) 739-3000 |
| cwilliams@williamsandskilling.com | Fax: (202) 739-3001 |
| | matthew.sharbaugh@morganlewis.com |
| Donald R. Reavey (*pro hac vice*) | frank.williams@morganlewis.com |
| CAPOZZI ADLER, P.C. | |
| 2933 North Front Street | Jeremy P. Blumenfeld (*pro hac vice*) |
| Harrisburg, PA 17110 | Jared R. Killeen (*pro hac vice*) |
| Telephone: (717) 233-4101 | Morgan, Lewis & Bockius LLP |
| Fax: (717) 233-4103 | 1701 Market Street |
| donr@capozziadler.com | Philadelphia, PA 19103 |
| | Telephone: (215) 963-5000 |
| Mark K. Gyandoh (*pro hac vice*) | Fax: (215) 963-5001 |
| Gabrielle Kelerchian (*pro hac vice*) | jeremy.blumenfeld@morganlewis.com |
| CAPOZZI ADLER, P.C. | jared.killeen@morganlewis.com |
| 312 Old Lancaster Road | |
| Merion Station, PA 19066 | *Counsel for Defendants* |
| Telephone: (610) 890-0220 | |
| Fax: (717) 233-4103 | |
| markg@capozziadler.com | |
| gabriellek@capozziadler.com | |

*Counsel for Plaintiff*